COMMONWEALTH of Kentucky,
Movant,

v.

Dennis R. WHITE, Respondent.

Supreme Court of Kentucky.

Oct. 2, 1979.

Robert F. Stephens, Atty. Gen., Victor Fox, Asst. Atty. Gen., Frankfort, for movant.

Nicholas W. Carlin, Louisville, for respondent.

### OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered November 17, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of *Kentucky v. Whorton*, 441 U.S. 786, 99 S.Ct. 2088, 60 L.Ed.2d 640 (1979), and this court's opinion in *Whorton v. Commonwealth*, Ky., 585 S.W.2d 388, rendered August 21, 1979.

All concur.

Entered October 2, 1979.

/s/John S. Palmore
Chief Justice